DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

JAMES ARON BALL III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0626

_____

January 14, 2026

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar
Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.
_____

Opinion subject to revision prior to official publication.